IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LAWRENCE JAMES TAYLOR,

    Petitioner,

v.                                        CASE NO. 5:10-cv-00214-RH -GRJ

PAGE AUGUSTINE,

    Respondent.

_____/

**O R D E R**

This matter is before the Court on Doc. 16, Petitioner's "motion for judicial notice," in which Petitioner cites additional legal authority in support of his pending 28 U.S.C. § 2241 petition. Upon due consideration, the motion is **GRANTED** to the extent that the Court construes the pleading as a supplemental memorandum in support of the petition.

**DONE AND ORDERED** this 16th day of December 2010.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge