IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LAWRENCE JAMES TAYLOR,

    Petitioner,

v.                                      CASE NO. 5:10-cv-00214-RH -GRJ

PAGE AUGUSTINE,

    Respondent.

_____/

## O R D E R

This matter is before the Court on Doc. 20, Petitioner's motion to supplement his reply to Respondent's response with additional argument and exhibits. Upon due consideration, the motion is **GRANTED.**

**DONE AND ORDERED** this 6th day of January 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge