IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LAWRENCE JAMES TAYLOR,

    Petitioner,

v.                                    CASE NO. 5:10-cv-214-RH-GRJ

PAIGE AUGUSTINE,

    Respondent.

_____/

**O R D E R**

This matter is before the Court on Doc. 29, Petitioner's Motion For Judicial Notice. Petitioner requests that the Court consider several recent Eleventh Circuit cases supporting his arguments in the Petition.

Upon due consideration, the motion is **GRANTED** to the extent that the Court construes the motion as a notice of supplementary authority.

**DONE AND ORDERED** this 20th day of July 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge