IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LAWRENCE JAMES TAYLOR,

    Petitioner,

v.                                                       CASE NO. 5:10-cv-00214-RH-GRJ

PAGE AUGUSTINE,

    Respondent.

_____/

## O R D E R

This matter is before the Court on Petitioner's motion to supplement his pending 28 U.S.C. § 2241 petition. (Doc. 33). Upon due consideration, the motion is **GRANTED** to the extent that the Court construes the pleading as a supplemental memorandum in support of the petition.

**DONE AND ORDERED** this 25th day of July 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge