IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LAWRENCE JAMES TAYLOR,

    Petitioner,

v.                                        CASE NO. 5:10-cv-214-RH-GRJ

PAGE AUGUSTINE,

    Respondent.

_____/

## O R D E R

This matter is before the Court on Petitioner's "Motion for Release on Bond Pending Disposition of Motion under 28 U.S.C. § 2241." (Doc. 35). Petitioner has presented no "extraordinary and exceptional circumstances" to justify a grant of bail pending resolution of his § 2241 petition. *Gomez v. United States*, 899 F.2d 1124, 1125 (11th Cir. 1990) (citing *Calley v. Callaway*, 496 F.2d 701, 702 (5th Cir. 1974)). Upon due consideration, the motion for release on bond is **DENIED.**

    **DONE AND ORDERED** this 12h day of February 2013.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge